UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-7506-VBF(CTx)**                          Dated: **February 7, 2011**

Title:    Product Partners, LLC -v- Dana Alton, et al.
_____

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

          Kendra Bradshaw                    Pamela Cotten
          Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

          Christopher D. Johnson             None Present
          Jason Vener


**PROCEEDINGS:**   OSC RE DEFAULT JUDGMENT AND EVIDENTIARY HEARING
                   (Evidentiary hearing - held and completed)


Case called, and no appearance is made by Plaintiff or Defendant.

The Court refers to its Tentative Ruling (dkt. #74). For the reasons stated on the record, the Court **DISCHARGES the OSC re Default Judgment**. The Court GRANTS Plaintiff's Second Motion for Entry of Default Judgment by Court (dkt. #70), with the exception of the following. The Court finds insufficient evidence to establish willfulness, and therefore DENIES Plaintiff's request for statutory damages under 17 U.S.C. § 504(c)(2). In all other respects, the Motion is granted and the Judgment is signed.

On appearance of counsel, lateness excused, based on a showing of good cause, the Court revises its order. The Court holds an evidentiary hearing and finds willfulness shown. Entitlement to the requested statutory damages is also shown. **The Court signs the [Proposed] Judgment.**

The exhibits are returned with the agreement that counsel shall preserve such exhibits in case of appeal or other trial court proceedings.

**IT IS SO ORDERED.**


                                          Initials of Deputy Clerk    kb
                                  -1-                                :18   min